PETER D. KEISLER
Assistant Attorney General
Civil Division
THOMAS W. HUSSEY
Director
ALLEN W. HAUSMAN
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
BY: JANICE MONTANA, Attorney
c/o Office of Chief Counsel
Immigration and Customs Enforcement
970 Broad Street, Room 1104B
Newark, New Jersey 07102
(973) 645-3091
JM 3793

CHRISTOPHER J. CHRISTIE
United States Attorney
NEIL R. GALLAGHER
Assistant United States Attorney
970 Broad Street, Room 702
Newark, New Jersey 07102
(973) 645-2835
NRG 0276

RECEIVED-CLERK
U.S. DISTRICT COURT
2004 AUG 12  P 2:29

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Hon. Harold A. Ackerman |
| ) | |
| Plaintiff, ) | Civil Action No. 01-2120 (HAA) |
| v. ) | NOTICE OF MOTION |
| ) | |
| MARCO PAULO REBELO, ) | |
| ) | |
| Defendant. ) | |

TO:  Thomas E. Moseley, Esq.
     One Gateway Center, Suite 2600
     Newark, New Jersey 07102

PLEASE TAKE NOTICE that on September 13, 2004, at 10:00 a.m. or as soon thereafter as counsel may be heard, the United States of America (Janice Montana, Attorney for the Office of Immigration Litigation, appearing for the plaintiff), will apply to this Court for an Order for Summary Judgment, pursuant to Fed. R. Civ. P. 56 and L.Civ.R. 56.1 and for an Order striking Defendant's Exhibits C and D; and in the alternative, for an Order Striking Defendant's remaining Affirmative Defenses, to wit, Affirmative Defense numbers one through six, nine and ten, pursuant to Fed. R. Civ. P. 12(f) and L.Civ.R.7.1(b).

This motion is being made in accordance with Order dated July 7, 2004, L.Civ.R. 7.1(b), the agreement of the parties and Appendix N Optional Procedure, as it presents dispositive and complex legal issues. It is supported by an accompanying Brief, Statement Pursuant to L.Civ.R. 56.1, three Declarations, attached exhibits, Reply papers and a proposed Order. Plaintiff requests that this motion be decided on the papers submitted, without oral argument, pursuant to Rule 78, Federal Rules of Civil Procedure.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division
ALLEN W. HAUSMAN
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Dept. of Justice, Civil Division

BY: _____
JANICE MONTANA, ATTORNEY