THOMAS E. MOSELEY
One Gateway Center—Suite 2600
Newark, New Jersey 07102
TM 3371
(973)-622-8176
Attorney for Defendant Marco Paulo Rebelo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MARCO PAULO REBELO,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 01-2120 (HAA)<br><br>Honorable Harold A. Ackerman<br><br>NOTICE OF MOTION |

TO: Janice Montanta
970 Borad Street
Newark, New Jersey 07102

PLEASE TAKE NOTICE that upon all pleadings had herein and the declaration of Thomas E. Moseley, defendant Marco Paul Rebeleo will move this Court on 2004, at 10:00 a.m. or as soon thereafter as counsel may be heard pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order dismissing plaintiff's complaint with prejudice. Defendant respectfully requests the opportunity for oral argument.

Dated: Newark, New Jersey
July 5, 2004

*Thomas E. Moseley* (signature)
THOMAS E. MOSELEY
One Gateway Center--Suite 2600
Newark, New Jersey 07102
Tel. (973) 622-8176
Attorney for defendant Marco Paulo Rebelo