THOMAS E. MOSELEY
One Gateway Center—Suite 2600
Newark, New Jersey 07102
TM 3371
(973)-622-8176
Attorney for Defendant Marco Paulo Rebelo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MARCO PAULO REBELO,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 01-2120 (HAA)<br><br>Honorable Harold A. Ackerman<br><br>NOTICE OF APPEAL |

PLEASE TAKE NOTICE, that in accordance with 28 U.S.C. §1291 et al., defendant Marc Rebelo hereby appeals from the order and opinion of this Court dated March 3, 2005 granting the plaintiff's motion for summary judgment and denying his motion to dismiss.

Dated:  Newark, New Jersey
        April 25, 2005

*Thomas E. Moseley* (signature)
THOMAS E. MOSELEY
One Gateway Center--Suite 2600
Newark, New Jersey 07102
Tel.  (973) 622-8176

Attorney for Defendant Marc Rebelo