## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# A-100
April 19, 2006

No. 05-2317

UNITED STATES OF AMERICA
v.
MARCO PAULO REBELO, Appellant
(District of New Jersey - DC No. 01-cv-2120)

**Present:** SLOVITER, MCKEE and FISHER, Circuit Judges

Consent Motion by Appellant to Remand Case to the District Court for Reconsideration in light of Partyka v. Attorney General, 417 F.3d 408 (3d Cir. 2005).

Carolyn Hicks, Case Manager
267-299-4926

**Copy of Clerk's Order dated 4/19/06 referring the motion to the merits panel is attached.**

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

**/s/ Theodore A. McKee**
**Circuit Judge**

**Dated:** May 9, 2006

CH/cc: Thomas E. Moseley, Esq.
        Janice Montana, Esq.

A True Copy:

Marcia M. Waldron, Clerk

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# A-100
April 19, 2006

No. 05-2317

UNITED STATES OF AMERICA
v.
MARCO PAULO REBELO, Appellant
(District of New Jersey - DC  No. 01-cv-2120)

**Present:** SLOVITER, MCKEE and FISHER, Circuit Judges

Consent Motion by Appellant to Remand Case to the District Court for Reconsideration in light of Partyka v. Attorney General, 417 F.3d 408 (3d Cir. 2005).

Carolyn Hicks, Case Manager
267-299-4926

**Copy of Clerk's Order dated 4/19/06 referring the motion to the merits panel is attached.**

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

**/s/ Theodore A. McKee**
**Circuit Judge**

**Dated:** May 9, 2006

CH/cc: Thomas E. Moseley, Esq.
Janice Montana, Esq.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# A-100
April 19, 2006

No. 05-2317

UNITED STATES OF AMERICA
v.
MARCO PAULO REBELO, Appellant
(District of New Jersey - DC  No. 01-cv-2120)

**Present:** SLOVITER, MCKEE and FISHER, Circuit Judges

Consent Motion by Appellant to Remand Case to the District Court for Reconsideration in light of Partyka v. Attorney General, 417 F.3d 408 (3d Cir. 2005).

Carolyn Hicks, Case Manager
267-299-4926

**Copy of Clerk's Order dated 4/19/06 referring the motion to the merits panel is attached.**

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

**/s/ Theodore A. McKee**
**Circuit Judge**

**Dated:** May 9, 2006

CH/cc: Thomas E. Moseley, Esq.
Janice Montana, Esq.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# A-100
April 19, 2006

No.  05-2317

UNITED STATES OF AMERICA
v.
MARCO PAULO REBELO, Appellant
(District of New Jersey - DC  No. 01-cv-2120)

**Present:** SLOVITER, MCKEE and FISHER, Circuit Judges

Consent Motion by Appellant to Remand Case to the District Court for Reconsideration in light of Partyka v. Attorney General, 417 F.3d 408 (3d Cir. 2005).

Carolyn Hicks, Case Manager
267-299-4926

**Copy of Clerk's Order dated 4/19/06 referring the motion to the merits panel is attached.**

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

**/s/ Theodore A. McKee**
**Circuit Judge**

**Dated:** May 9, 2006

CH/cc: Thomas E. Moseley, Esq.
      Janice Montana, Esq.