OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

**District of New Jersey**   Clerk of District Court              Date   **May 9, 2006**
(District)

  **USA vs. Rebelo**                                    Appeal No.   **05-2317**
(Caption)

**Marco Paulo Rebelo**
( Appellant )

**No. 01-cv-2120**
**(District Court No)**

Enclosures:

  **May 9, 2006**   Certified copy of C. of A. Order by the Court.

_____  Released (Record)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in Lieu of Record to this office.

_____  The certified copy of order issued as the mandate on_____ is recalled.

   **Carolyn Hicks   (267)-299-4926**
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2005\2317\clkltr050906.wpd