UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Hon. Garrett E. Brown, Jr. |
| Plaintiff, ) | Civil Action No. 01-2120 |
| v. ) | **ORDER** |
| MARCO PAULO REBELO, ) | |
| Defendant. ) | |

This matter having come before the Court upon the motion for summary judgment by Plaintiff the United States of America ("the Government"); and the Court having reviewed the mandate of the United States Court of Appeals for the Third Circuit on remand, as well as the parties' submissions; and the Court having decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 20th day of August, 2009,

ORDERED that the Government's motion (Doc. No. 20) for summary judgment is GRANTED, and Defendant Marco Paulo Rebelo's cross-motion (Doc. No. 21) for summary judgment is DENIED; and it is further

ORDERED that JUDGMENT be ENTERED in favor of the Government and against Defendant on the Government's claim for denaturalization; accordingly, it is further

ORDERED that, pursuant to 8 U.S.C. § 1451(a), the order admitting Rebelo to citizenship is hereby REVOKED, and Certificate of Naturalization No. 21 797 328 is hereby

1

CANCELLED, effective as of the original date of the order and certificate of naturalization.

The Clerk shall mark this case CLOSED.

Dated: August 20, 2009

/s/ Garrett E. Brown, Jr.<br>GARRETT E. BROWN, JR., U.S.D.J.