THOMAS E. MOSELEY
ATTORNEY AT LAW
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NEW JERSEY 07102-5397
973-622-8176

FACSIMILE: 973-645-9493
973-622-3423

THOMAS E. MOSELEY
One Gateway Center—Suite 2600
Newark, New Jersey 07102
TM 3371
(973)-622-8176
Attorney for Defendant Marco Paulo Rebelo

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Plaintiff,

-against-

MARCO PAULO REBELO,

Defendant.

Civil Action No. 01-2120 (GEB)

Honorable Garrett Brown

NOTICE OF APPEAL

PLEASE TAKE NOTICE, that in accordance with 28 U.S.C. §1291 et al., defendant Marc Rebelo hereby appeals from the order and opinion of this Court dated August 21, 2009 granting the plaintiff's motion for summary judgment and denying his motion to dismiss.

Dated:   Newark, New Jersey
         April 25, 2005

/s/Thomas E. Moseley
THOMAS E. MOSELEY
One Gateway Center--Suite 2600
Newark, New Jersey 07102
Tel.   (973) 622-8176

Attorney for Defendant Marc Rebelo